In the Matter of RALPH R. MOORE, Respondent, *v.* LEHIGH VALLEY RAILROAD COMPANY, Appellant.

*Matter of Moore* v. *Lehigh Valley R. R. Co.*, 169 App. Div. 177, affirmed.
(Argued January 11, 1916; decided January 25, 1916.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial

department, entered July 3, 1915, which affirmed an award of the workmen's compensation commission for injuries received by claimant while in the employ of the defendant as a telegraph lineman through his being run over by a car under which he sought shelter from a heavy rain occurring while he was in the discharge of his duties.

*Benjamin F. La Rue* for appellant.

*Egburt E. Woodbury*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.